**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-01170-LTB

COLORADO INTERSTATE GAS COMPANY, a Delaware general partnership,

    Plaintiff,

v.

2.839 ACRES OF REAL PROPERTY IN PUEBLO COUNTY, COLORADO;
1.550 ACRES OF REAL PROPERTY IN PUEBLO COUNTY, COLORADO;
GEORGEANN GUAGLIARDO, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ANTOINETTE M. GUAGLIARDO;
GEORGEANN GUAGLIARDO;
FRANK G. GUAGLIARDO;
and
ADDITIONAL UNKNOWN INTEREST OWNERS,

    Defendants.
_____

## ORDER
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal Without Prejudice (Doc 12 - filed July 8, 2010), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                        BY THE COURT:

                          s/Lewis T. Babcock
                          Lewis T. Babcock, Judge

DATED: July 9, 2010